IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TERRI DORSEY, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>vs.<br><br>IANTHUS EMPIRE HOLDINGS LLC, a New York limited liability company,<br><br>*Defendant.*<br>_____/ | CLASS ACTION<br><br>Case No. 1:21-cv-00300<br><br>JURY TRIAL DEMANDED |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Terri Dorsey, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), does hereby dismiss this this action as follows:

1. All claims of the Plaintiff, Terri Dorsey, individually, are hereby dismissed without prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: February 01, 2021

Respectfully Submitted,

**Shamis & Gentile, P.A.**
Andrew J. Shamis, Esq.
NY Bar No. 5195185
ashamis@shamisgentile.com
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Telephone: 305-479-2299

*Counsel for Plaintiff and the Class*

CERTIFICATE OF SERVICE

I hereby certify that on February 01, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

**SHAMIS & GENTILE, P.A.**
14 NE 1st Ave., Suite 705
Miami, FL 33132
Telephone (305) 479-2299
Facsimile (786) 623-0915
Email: efilings@sflinjuryattorneys.com

By: /s/ Andrew J. Shamis

Andrew J. Shamis, Esq.
Florida Bar # 101754

*Counsel for Plaintiff and the Class*